*E-FILED - 12/9/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE TY YOUNGS, | ) | No. C 09-4954 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF PRISON TERMS, | ) | |
| | ) | |
| Defendant. | ) | |

    The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/8/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Youngs954jud.wpd